# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MOORE,** | CASE NO. 17-cv-05823-YGR |
| Plaintiff, | |
| vs. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| **PFLUG PACKAGING & FULFILLMENT, INC.,** | Re: Dkt. No. 12 |
| Defendant. | |

On January 5, 2018, plaintiff filed a motion to dismiss defendant's counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 12 ("Motion to Dismiss").)

On January 22, 2018, defendant filed amended counterclaims pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Dkt. No. 15.) In light of the filing of defendant's amended counterclaims, plaintiff's Motion to Dismiss is **DENIED AS MOOT**. Accordingly, the hearing set for February 13, 2018 is **VACATED**.

This Order terminates Docket Number 12.

**IT IS SO ORDERED.**

Dated: January 30, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**