# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MOORE,**<br>    Plaintiff,<br>vs.<br>**PFLUG PACKAGING & FULFILLMENT, INC.,**<br>    Defendant. | CASE NO. 17-cv-05823-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AMENDED COUNTERCLAIMS AS MOOT**<br><br>Re: Dkt. No. 20 |

Plaintiff in the above-captioned case has filed an amended complaint. (Dkt. No. 25.) Because defendant's amended counterclaims (Dkt. No. 15) and plaintiff's corresponding motion to dismiss such counterclaims (Dkt. No. 20 ("Motion to Dismiss")) are based on a complaint that is no longer operative, plaintiff's Motion to Dismiss is **DENIED AS MOOT**.

This Order terminates Docket Number 20.

**IT IS SO ORDERED.**

Dated: March 16, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**