# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MOORE,** | CASE NO. 17-cv-05823-YGR |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS** |
| **PFLUG PACKAGING & FULFILLMENT, INC.,** | |
| Defendant. | |

**TO THE PARTIES AND COUNSEL OF RECORD:**

You are **HEREBY ORDERED TO SHOW CAUSE** why each party should not be sanctioned in the amount of not less than $250.00 and not more than $500.00, for failure to comply with your professional obligations under the Federal Rules of Civil Procedure with respect to discovery and resolving such disputes. The flurry of letters to the Court and inability to communicate on simple issues is unacceptable. (*See, e.g.*, Dkt. Nos. 38, 39.)

A hearing on this Order to Show Cause will be held on **Friday, May 11, 2018** at **9:00 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.[1]

Each party's attorney may file a written response to this Order to Show Cause by no later than **10:00 a.m.** on **Thursday, May 10, 2018**, if he or she contests it, and must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Given the current discovery dispute, the Court will determine whether the imposition of monetary sanctions is appropriate. Production of documents on the disputed scope of the subpoenas is

\\
\\
\\

---

[1] In light of the parties' updated joint discovery letter (Dkt. No. 38), the parties are no longer required to appear in person on Thursday, May 10, 2018 at 8:00 a.m.

hereby **STAYED**. Production on the undisputed scope shall be completed with the level of protection reasonably appropriate.

**IT IS SO ORDERED.**

Dated: May 8, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**