UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>PFLUG PACKAGING & FULFILLMENT, INC.,<br><br>    Defendant. | Case No. 17-cv-05823-YGR<br><br>**REVISED CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the Court's discussions with the parties and their subsequent filing (Dkt. No. 45), the Court hereby **VACATES** the compliance hearing set for May 25, 2018 and re-sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, September 10, 2018 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | August 10, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | March 15, 2018 |
| NON-EXPERT DISCOVERY CUTOFF: | August 3, 2018 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: September 7, 2018<br>Rebuttal: September 28, 2018 |
| EXPERT DISCOVERY CUTOFF: | October 12, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE FILED BY: | October 30, 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, December 21, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 25, 2019 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| Pretrial Conference: | Friday, February 8, 2019 at 9:00 a.m. |
| Trial Date: | Monday, February 25, 2019 at 8:30 a.m. (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, December 21, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are (or will be) in compliance therewith, *especially in light of the holidays*. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 24, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge