Margaret J. Grover (Bar No. 112701)
Katherine Kao (Bar No. 267475)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mgrover@wendel.com
         kkao@wendel.com

Attorneys for Defendant and Cross-Claimant
PFLUG PACKAGING & FULFILLMENT, INC.

Jocelyn Burton, Esq. (Bar No. 135879)
Scott Nakama, (Bar No. 296732)
**Burton Employment Law**
1939 Harrison Street, Suite 400
Oakland, California 94612
Telephone: (510) 350-7025
Fax; (510) 473-3672
Email; jburton@burtonemploymentlaw.com
         snakama@burtonemploymentlaw.com

Attorneys for Plaintiff and Cross-Defendant
JAMES MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOORE,<br><br>　　　　Plaintiff and Cross-Defendant,<br><br>　vs.<br><br>PFLUG PACKAGING & FULFILLMENT, INC.,<br><br>　　　　Defendant and Cross-Claimant. | Case No. 4:17-cv-05823-YGR<br><br>STIPULATION OF DISMISSAL AND ORDER |

**THE HONORABLE YVONNE GONZALEZ ROGERS**

Plaintiff and Cross-Defendant James Moore and Defendant and Cross-Claimant PFLUG PACKAGING & FULFILLMENT, INC. hereby stipulate to dismiss this entire action in its entirety, with prejudice.

DATED: March 8, 2019　　　　　　　　　WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ Margaret J. Grover
　　Margaret J. Grover
　　Attorneys for Defendant and Cross-Claimant
　　PFLUG PACKAGING & FULFILLMENT, INC.

DATED: March 8, 2019　　　　　　　　　BURTON EMPLOYMENT LAW

By: /s/ Scott S. Nakama
　　Jocelyn Burton
　　Scott S. Nakama
　　Attorneys for Plaintiff and Cross-Defendant
　　JAMES MOORE

**FILER'S ATTESTATION**

I, SCOTT S. NAKAMA, am the ECF user whose ID and password are being used to file this Stipulation of Dismissal. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the attorneys listed as signatories above have concurred in this filing.

DATED: March 8, 2019　　　　　　　　　/S/ Scott S. Nakama
　　　　　　　　　　　　　　　　　　　　Scott S. Nakama

# **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.

DATED: March 12, 2019

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge